JS-6

JODY A. LANDRY, Bar No. 125743
jlandry@littler.com
JOSHUA D. LEVINE, Bar No. 239563
jlevine@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
Telephone:  619.232.0441
Facsimile:   619.232.4302

Attorneys for Defendant
FERRELLGAS, INC.

PAUL K. HAINES, Bar No. 248226
phaines@haineslawgroup.com
FLETCHER W. SCHMIDT, Bar No. 286462
fschmidt@haineslawgroup.com
HAINES LAW GROUP, APC
2274 E. Maple Ave.
El Segundo, CA 90245
Telephone:  424.292.2350
Facsimile:   424.292.2355

Attorneys for Plaintiff
ADAM CORONADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CORONADO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERRELLGAS, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.  5:15-cv-01402-VAP-SP<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: July 14, 2015<br>Trial Date: TBD |

Based on the stipulation and declaration of Plaintiff's counsel filed by the parties on April 21, 2016 and good cause appearing, the Court hereby orders this case dismissed with prejudice as to Plaintiff Adam Coronado as to all claims in his Complaint, including his claim under the Fair Labor Standards Act, with each party to bear their own attorney's fees and costs. The claims of the putative class and any alleged collective action claims are dismissed without prejudice.

This dismissal does not require notice to the putative class members because no class has been certified in the Action, no notice of pendency of a class action has been provided to putative class members, and there is no other reason the Court or parties are aware of why ordering dismissal without notice to the putative class would result in undue prejudice.

Dated:   April 21, 2016

*/s/ Virginia A. Phillips*

Hon. Virginia A. Phillips
United States District Court Judge

Firmwide:139783465.1 047517.1031

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

ORDER DISMISSING CASE    2.    Case No.  5:15-cv-01402-VAP-SP